AUSA April Russo, 313-226-9129
Special Agent Ray Nichols, 313-965-2323

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

10

United States of America
v.
Bret W. Massey

Case:2:17-mj-30175
Judge: Unassigned,
Filed: 04-10-2017 At 12:48 PM
IN RE:BRET W. MASSEY (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2015 to April 10, 2017__ in the county of __Macomb & elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(2); 18 U.S.C. 2422; | Receipt of Child Pornography (Conspiracy) |
| 18 U.S.C. Section 2252(A)(a)(5)(b) | Enticement of a Minor |
| 18 U.S.C. Section 2251(a); 2251(e) | Access with Intent to View and/or Possession of Child Pornography (Conspiracy) |
| | Conspiracy to Produce Child Pornography, Production of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Ray Nichols, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: April 10, 2017

_Judge's signature_

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

## I. INTRODUCTION

I, Raymond Nichols, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2012, and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by the Attorney General to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Bret W. Massey** for violations of 18 U.S.C. § 2251(a) and (e) (producing, attempting to produce, and conspiracy to produce child

1

pornography); 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) (receipt and distribution of, conspiracy to receive and distribute, and attempt to receive and distribute child pornography); 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of, knowing access, conspiracy to access, or attempted access with intent to view child pornography); and 18 U.S.C. § 2422 (coercion and enticement).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary probable cause that **Massey** has violated Title 18 U.S.C. §§ 2251(a) and (e), 2252A(a)(2)(A) and (b)(1), 2252A(a)(5)(B) and (b)(2), and 2422.

## II. BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4.  On November 16, 2015, the FBI encountered a subject (S1) in the Eastern District of Michigan. S1 was in possession of child pornography, and was arrested and has pleaded guilty in the Eastern District of Michigan to violations of child exploitation statutes,[1] based on his statements further described below.

5.  Both prior to and following his arrest, S1 consented to being interviewed by law enforcement agents, and provided the following information, which has been corroborated by the FBI investigation:

   a.  S1 was a part of a group of individuals, acting in concert, who used the internet to entice minors to engage in sexually explicit conduct via web camera. The members of this group primarily operated by convincing minor females to visit chat rooms on a specific website. (This website is now known to law enforcement and will hereinafter be referred to as "Website A".) In order to communicate with each other, the group members used base chatrooms on Website A.

   b.  The group members organized and planned in these base chatrooms, and then created other chatrooms on Website A for the girls to go to. Once the girls arrived in the chatrooms, group members worked together to

---

[1] The exact charge(s) are not listed here to protect the integrity of the ongoing investigation.

3

        convince them to perform various sexual acts on camera. Everyone present in the chatroom had the ability to watch the girls engaged in these acts, and the group members recorded the girls. Some of the group members distributed the recordings to other people. Group members had different roles, "hunters," "watchers," "loopers," and "talkers."

   c.   S1's group often used the word "fans" in the chatrooms that they created on Website A. S1 knew that there were other similar groups operating on Website A, one of which often used the word "chill" in the chatrooms they created to target minor females and entice them to engage in masturbation and other sexual activity on Website A. S1 knew that one of the members of his group, S2, also interacted with the group that used the word "chill" in chatroom names on Website A. S1 stated that the primary purpose of Website A was to entice minor females to engage in sexual activity for the purpose of recording that activity. S1 resided in the Eastern District of Michigan during the commission of the above-listed crimes.

6.    After a lengthy investigation of Website A, and the arrests of five other members of S1's group, the FBI has corroborated S1's statements and has also determined that the primary purpose of Website A appears to be the enticement of

4

minor females to engage in acts of masturbation and other sexual acts via webcamera.

7.     In the summer of 2016, at the request of the FBI sought and received logs from the hosting service of Website A. These logs were from the period of April 1, 2015 to June 15, 2016. The logs consisted of lines of data which included a specific chatroom name, the IP address used to log in to that chatroom and the date and time of the event. When a user chose to actively stream on camera in a particular chatroom, the logs detailed that user's chosen user name in the particular chatroom, the type of web camera used, the user's IP address, and the total number of users in the chatroom at the time the user went on camera.

8.     Law enforcement analyzed the data in these logs and were able to corroborate S1's statement that there was a group on Website A that often utilizes "chill" in their chatroom names. Two minor victims of the "chill" group were identified from the logs. MV-1 was on Website A from October 22, 2015 to January 30, 2016 and frequented five chatrooms, including the chatroom "chillme." MV-1, who resides in the Eastern District of Michigan, was identified and was born in 2000. She was interviewed and stated that users in the chatrooms that she visited on Website A asked her to engage in sexual activity. Although she did not state she had engaged in sexual activity, subsequent to the interview she expressed concern about potential videos and images of herself engaged in sexual activity.

5

9. MV-2 was on Website A from October 28, 2015 to March 8, 2016 and frequented seven chatrooms, including the chatrooms "funtochill" and "justchillfun." MV-2, who was born in 2000, resides in the Eastern District of Michigan, and was identified. She was interviewed and stated that users in the chatrooms that she visited on Website A asked her to disrobe on web camera.

10. An analysis of the child pornography found on S2's electronic devices and the logs of Website A mentioned above revealed an additional six minor victims (MV-3 through MV-8) (all of whom S2 had child pornography videos of) that the FBI believes to be victims of the "chill" group.

11. The logs from Website A were analyzed in an effort to determine the identity of the other users who were present in the particular chatrooms on the same dates and approximate times when these seven minor victims were enticed to produce child pornography. A user with IP address 198.255.240.78 logged in to these chatrooms on the dates and at approximately the same time that MV-3, MV-4, MV-6, MV-7, and MV-8 were broadcasting via webcamera. This user was also present in a room that MV-2 was logged in to on Website A.

12. The FBI searched the logs from Website A for the IP address 198.255.240.78 and discovered a person using that IP address consistently used the username **User A**[2]

---

[2] The true username is known to law enforcement but is not listed here to protect the integrity of an

on Website A. This IP address was utilized to log in to Website A from July 11, 2015 to June 14, 2016, one day prior to the end of the logs provided, and included 6,084 individual logins to chatrooms on Website A.

13. A search of a public database revealed the IP address 198.255.240.78 belongs to Time Warner Cable. Time Warner Cable was subpoenaed to determine the subscriber of this IP address. The return information from Time Warner Cable listed the subscriber as **Bret Massey,** XX Danforth Street, Apartment X, Portland, Maine 04101, with a start date of May 19, 2014 and no listed end date.

## Search Warrant Execution

14. On April 10, 2017, a federal search warrant authorized in the District of Maine was executed at the residence of **Bret W. Massey**, XX Danforth Street, Apartment X, Portland, Maine 04101. **Massey** had left for work but came back to his residence after he was contacted by authorities. No one else was present and no one else resides in the apartment. **Massey** admitted that he was involved with a group that organized on Skype in order to target minor females, (primarily from the ages of 14 to 18), on Website A. **Massey** admitted his username on Website A was **User A**. He also listed the usernames of several others who are known to law enforcement and believed to be a part of the group. He remembered a set of rooms that had the word "chill" in them

ongoing investigation.

on Website A. He described different roles that group members played in order to entice females to engage in masturbation and other sexual acts. He said that he had been a part of the group for approximately two years, with a six month break during that time frame. He said that he was typically on Website A every night when he was active in the group and that he communicated with the other group members via Skype every night.

15. He said that he and others would record the girls they targeted on Website A engaged in sexual activity and that law enforcement would find recordings from Website A on his electronic devices. He identified an external hard drive and a laptop in the residence to be his devices. A preview of the devices revealed numerous child pornography videos.

## **CONCLUSION**

14. Based on the foregoing, there is probable cause to believe **Massey** has produced, attempted to produce and conspired to produce child pornography in violation of 18 U.S.C. § 2251(a) and (e); has been in the receipt or distribution, been a part of a conspiracy to receive and distribute and has attempted to receive and distribute child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); has been in the possession, knowing access, conspiracy to access and attempted to access with intent to view child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); and has coerced and enticed a minor in violation of 18 U.S.C. § 2422.

_____
Special Agent Raymond Nichols
Federal Bureau of Investigation

Subscribed and sworn to before me
this 10 th day of April, 2017

_____
HON. ANTHONY P. PATTI
United States Magistrate Judge